## CASE ANNOUNCEMENTS
### April 23, 2014

[Cite as *04/23/2014 Case Announcements*, 2014-Ohio-1674.]

## MERIT DECISIONS WITHOUT OPINIONS

**2013–2014. State ex rel. Howland v. Eckstein.**

In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LANZINGER, FRENCH, and O'NEILL, JJ., concur.

O'DONNELL and KENNEDY, JJ., dissent and would grant an alternative writ.

**2014–0013. State ex rel. Hawkins v. Haas.**

In Habeas Corpus. On petition for writ of habeas corpus filed by Cqualin L. Hawkins. Sua sponte, the writ is allowed. Allowing the writ means only that a return is ordered. Respondent shall file a return of writ within 21 days of service of the petition, and petitioner may file a response within 10 days after the return is filed. Petitioner's physical presence before the court is not required.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0016. State v. Williams.**

In Habeas Corpus. On petition for writ of habeas corpus of Melody Williams. Sua sponte, cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0019. State v. Williams.**

In Habeas Corpus. On petition for writ of habeas corpus. Sua sponte, cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0032. Allen v. Duffey.**

In Habeas Corpus. On petition for writ of habeas corpus of John Dale Allen. Sua sponte, cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0035. State ex rel. Sultaana v. Bova.**

In Habeas Corpus. On petition for writ of habeas corpus of Hakeem Sultaana. Sua sponte, cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, KENNEDY, and FRENCH, JJ., concur.

LANZINGER and O'NEILL, JJ., dissent and would order a return of the writ.

**2014–0075. Hughes v. Krumm.**

Miscellaneous case. On motion to dismiss of Steve Krumm. Motion granted. On consideration of relator's motions to treat all documents as notarized, to provide immediate remedy or, in the alternative, motion to immediately personally appear to seek remedy, and motion to provide immediate remedy. Motions denied. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0159. Adams v. Schneider.**

In Procedendo. On motion to dismiss. Motion granted. On consideration of relator's motion to strike responsive brief of respondent. Motion denied. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0162. State ex rel. Berry v. Phieffer.**

In Mandamus. On consideration of respondent's answer and motion for judgment on the pleadings. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0163. State ex rel. Smith v. McFarland.**

In Procedendo. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.